435 A.2d 930

Commonwealth v. Lockett, Appellant.

Petition for Allowance of Appeal Denied March 1, 1982.

Submitted March 17, 1981. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.

435 A.2d 931

Commonwealth v. Mills, Appellant.

Submitted December 5, 1980. Barry H. Denker, for appellant; John B. Stevens, Jr., Assistant District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The order of the lower court is hereby affirmed.